IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-79-jdp

v.

MARY KLEMZ, BRIAN BANTLEON,
KENRICK KLEMZ, SHAWN KAINZ,
HENRY LARUSH, JOHN JONES,
ROBIN MICKLEJOHN, WINNEBAGO
COUNTY DISTRICT ATTORNEY and
DEPARTMENT OF CORRECTIONS,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to the court's January 7, 2016, sanctions order in case no. 15-cv-420. Plaintiff's complaint does not include allegations that he is in imminent danger of serious physical harm.

| /s/ | 2/5/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |